IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TASHA DIXON, LESSIE TONEY,
LaTOVA TUCKER, NANCY BROWN,
DONNA ELLIS, LOTTIE HART,
JANNIE HYMES and APRIL ROLLINS,
EACH INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED                                            PLAINTIFFS

VS.                                    CASE NO. 12-CV-1049

GGNSC EQUITY HOLDINGS LLC,
GOLDEN GATE NATIONAL SENIOR CARE LLC,
GGNSC HOLDINGS LLC,
DRUMM CORP f/k/a DRUMM INVESTORS, LLC,
HOLLY RASMUSSEN-JONES,
AMANDA K. WALLACE and JOHN DOES 1-30                                    DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Nonsuit. (ECF No. 22). Plaintiff seeks to dismiss her claim against Defendants, GGNSC Equity Holdings, LLC, Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC, Drumm Corp f/k/a Drumm Investors, LLC, Holly Rasmussen-Jones, Amanda K. Wallace, and John Does 1-30, with prejudice. Upon consideration, the Court finds that good cause for the motion has been shown. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge